SCHWARTZ, Senior Judge.
 

 As held by four unanimous district courts of appeal, including this one, we again reject
 
 Shelton v. Secretary, Department of Corrections,
 
 802 F.Supp.2d 1289 (M.D.Fla.2011) and hold that section 893.13, as amended by section 893.101, Florida Statutes (2002), is constitutional. Accord
 
 Maestas v. State,
 
 76 So.3d 991,
 
 *368
 
 2011 WL 5964337 (Fla. 4th DCA 2011);
 
 Little v. State,
 
 77 So.3d 722, 2011 WL 5554812 (Fla. 3d DCA 2011);
 
 Holcy v. State,
 
 — So.3d -, 2011 WL 5299328 (Fla. 5th DCA 2011);
 
 Flagg v. State,
 
 74 So.3d 138 (Fla. 1st DCA 2011).
 
 [1]
 
 Accordingly, the order below denying postconviction relief is
 

 Affirmed.
 

 [1]
 

 . The only district court of appeal which has not considered the merits of
 
 Shelton
 
 has "passed through” the issue to the Florida Supreme Court.
 
 State v. Adkins,
 
 71 So.3d 184 (Fla. 2d DCA 2011).